# Supreme Court of the United States
# Office of the Clerk
# Washington, DC  20543-0001

Scott S. Harris
Clerk of the Court
(202) 479-3011

December 5, 2016

Clerk
United States Court of Appeals for the Ninth
Circuit
95 Seventh Street
San Francisco, CA  94103-1526


Re:  Public Integrity Alliance, Inc., et al.
     v. City of Tucson, Arizona, et al.
     No. 16-730
     (Your No. 15-16142)


Dear Clerk:

The petition for a writ of certiorari in the above entitled case was filed on November 30, 2016 and placed on the docket December 5, 2016 as No. 16-730.


Sincerely,

**Scott S. Harris**, Clerk

by

Redmond K. Barnes
Case Analyst